# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DARA MORRISON

Docket No. 3:01CR00233(CFD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dara Morrison who was sentenced to 30 months for a violation of count one, Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C.§ 371; counts two and three, Identification Fraud, in violation of 18 U.S.C. §1028(a)(7),(b)(1)(C) and (c)(3); and count four, Access Device Fraud, in violation of 18 U.S.C. §1029(a)(3),(c)(1)(A)(i) by the Honorable Christopher F. Droney, United States District Judge sitting in the court at Hartford, Connecticut on July 11, 2002 who fixed the period of supervision at three years which commenced on April 1, 2005 and imposed the general terms and conditions theretofore adopted by the court. In addition, the following special conditions were imposed. 1) The defendant is required to participate in a mental health program approved by the U.S. Probation Officer; and 2) The defendant shall pay restitution as ordered in the separate Restitution Order entered on this date in the amount of $223,526.12.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Condition Violated:** Standard Condition: "The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month."

Ms. Morrison has failed to report to the office on the first Tuesday of the month since July 2005. Specifically, she failed to report on July 5, 2005, August 2, 2005, September 6, 2005, and October 4, 2005. The last face to face contact with the offender was June 6, 2005. Attempts to contact her were unsuccessful.

**Charge No. 2 - Condition Violated:** Special Condition: "The defendant shall pay restitution as ordered in the separate Restitution Order entered on this date in the amount of $223,526.12."

To date, Ms. Morrison has made no payments toward her restitution. On April 1, 2005, when the conditions were read and explained to the offender, so was the restitution order. Additionally, she was given a copy of the Restitution Order.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this _8M_
day of _Nov._, 20_05_ and ordered filed and made
a part of the records in the above case.

_____
United States District Judge

Before me, the Honorable Christopher F. Droney, United States District Judge, on this _8M_ day of November 2005, at Hartford, Connecticut, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

Sworn to By

_Vicki M. Stackpole_
Vicki M. Stackpole
United States Probation Officer

Place _Hartford, CT_

Date _November 8, 2005_

_____
The Honorable Christopher F. Droney
United States District Judge