AO 468 (1/86) Waiver of Preliminary Examination or Hearing

United States District Court
District of Connecticut
FILED AT NEW HAVEN
11/17/05, 20
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

# United States District Court

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

DARA MORRISON

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 01 CR 233 (CFD)

I, DARA MORRISON, charged in a (~~Complaint~~) (petition) pending in this District with VIOLATION OF SUPERVISED RELEASE

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by ~~Rule 5~~ or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (~~examination~~) (hearing).

_Dara Morrison_
Defendant

17 Nov 05
Date

_[signature]_
Counsel for Defendant