AO 470 (8/85) Order of Temporary Detention

United States District Court
District of Connecticut
FILED AT NEW HAVEN
11/17/05  20
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

# United States District Court

_____ DISTRICT OF CONNECTICUT _____

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

DARA MORRISON
*Defendant*

Case Number: 3:01 CR 233 (CFD)

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _Mon., Nov. 21, 2005_ * at _2:30 p.m._
                                    Date                                          Time

before _U.S.M.J. Joan G. Margolis_
        *Name of Judicial Officer*

_141 Church Street, New Haven, CT_
        *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____) and produced for the hearing.
                *Other Custodial Official*

Date: _11/17/05_

_____
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.