# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DARA MORRISON

Docket No. 3:01CR00233(CFD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dara Morrison who was sentenced to 30 months' imprisonment, concurrent on all counts, for violations of 18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 1028(a)(7), (b)(1)(D), and (c)(3), Identification Fraud; and 18 U.S.C.§ 1029(a)(3) and (c)(1)(A)(i), Access Device Fraud, by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court at Hartford, Connecticut on July 11, 2002, who fixed the period of supervision at 3 years which commenced on April 1, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant is required to participate in a mental health program approved by the U.S. Probation Officer; and 2) The defendant shall pay restitution in the amount of $223,526.12.

On December 19, 2005, the defendant appeared before this Court for a violation of supervised release hearing. At said hearing, Ms. Morrison's supervised release was revoked based on her admission of guilt that she had failed to report to the Probation Office as directed. She was sentenced to 3 months' imprisonment and 18 months' supervised release, with the aforementioned special conditions reimposed. Ms. Morrison commenced the new term of supervised release on February 13, 2006, with a projected expiration date of August 12, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

**Charge No.1 - Mandatory Condition:** "The defendant shall not commit another federal, state or local offense."

On December 13, 2006, Ms. Morrison was arrested on a warrant by the Hamden, Connecticut Police Department and charged with two counts of Larceny 3rd Degree (Class D felony) and two counts of Forgery 3rd Degree (Class B misdemeanor). Ms. Morrison was released on a Promise to Appear for a court appearance on January 2, 2007 at Superior Court in Meriden, Connecticut, under docket number CR06-238245. The state court has continued the matter to January 19, 2007.

According to police incident reports, Hamden Police began an investigation of stolen, forged, and cashed checks based on a complaint from a victim. Through information obtained from the victim and Webster Bank, the financial institution from which the funds were withdrawn, police were able to determine the following: a forged/stolen check in the amount of $1,500 was cashed at the Webster Bank at 5 Helen Street in Hamden on 11/7/06 and a second forged/stolen check in the amount of $2,500 was cashed at the Webster Bank at 2285 Dixwell Avenue in Hamden on 11/8/06. Both checks were made out to Dara L. Morrison and on both occasions Ms. Morrison's Connecticut State ID card (#227730908) was presented for identification. The victim does not know nor has never met Ms. Morrison. The Webster Bank Fraud Investigation Unit was able to provide police with photos that clearly show Ms. Morrison in the process of cashing the forged checks, via the Bank's drive-thru window, and that match known photos of Dara Morrison.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Dara Morrison to appear before this court at Hartford, Connecticut on Jan. 26, 2007 at 2:00 p.m. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 5th day of January, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Sworn to By _Sandra L. Hunt_
Sandra L. Hunt
United States Probation Officer

Place Hartford, CT
Date 1/5/07

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 5th day of January, 2007 at Hartford, Connecticut, U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge