UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. |
| vs. | :    3:01-cr-233(CFD) |
| | : |
| DARA MORRISON | :    FEBRUARY 6, 2007 |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On December 19, 2005, the defendant was sentenced to 3 months' imprisonment and three years' supervised release for violations of supervised release, subject to standard and special conditions.

WHEREAS, at a hearing before this Court on January 26, 2007, Ms. Morrison, who was represented by counsel and given an opportunity to be heard, was charged with violations of supervised release regarding new criminal conduct. The Court deferred making any findings and the matter has been continued. In the interim, the defendant shall remain on supervised release with the following modification to the special conditions.

IT IS ORDERED that the conditions of supervised release be modified to add a special condition that the defendant be placed on home confinement with electronic monitoring. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office. The U.S. Probation Office will be responsible for the cost of said monitoring.

All other aspects of the original judgment shall remain in full force and effect.

**SO ORDERED.**

Dated at Hartford, Connecticut, this 6th day of February, 2007.


/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge