# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                     **APPEARANCE**

                                                       CASE NO.: 3:01CR233(CFD)

DARA MORRISON

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

*DARA MORRISON*

Date:  March 27, 2007

*Signature*

Bar No.: ct22981

Deirdre A. Murray
Print Name

FEDERAL DEFENDER OFFICE
Firm Name

10 Columbus BLVD, FL 6
Address

Hartford,          CT          06106-1976
City               State       Zip Code

(860) 493 6260
Phone Number

*I hereby certify that a copy of the foregoing has been mailed to: The United States Attorney's Office, 450 Main Street, Room 328, on this 27th day of March, 2007.*

*Signature*