# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. DARA MORRISON**

Docket No. 3:01CR00233(CFD)

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dara Morrison who was sentenced to 30 months' imprisonment, concurrent on all counts, for violations of 18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 1028(a)(7), (b)(1)(D), and (c)(3), Identification Fraud; and 18 U.S.C.§ 1029(a)(3) and (c)(1)(A)(i), Access Device Fraud, by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court at Hartford, Connecticut on July 11, 2002, who fixed the period of supervision at 3 years which commenced on April 1, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant is required to participate in a mental health program approved by the U.S. Probation Officer; and 2) The defendant shall pay restitution in the amount of $223,526.12.

On December 19, 2005, the defendant appeared before this Court for a violation of supervised release hearing. At said hearing, Ms. Morrison's supervised release was revoked based on her admission of guilt that she had failed to report to the Probation Office as directed. She was sentenced to 3 months' imprisonment and 18 months' supervised release, with the aforementioned special conditions reimposed. Ms. Morrison commenced the new term of supervised release on February 13, 2006, with a projected expiration date of August 12, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

**Charge No.1 - Mandatory Condition:**  "The defendant shall not commit another federal, state or local offense."

On March 16, 2007, Ms. Morrison appeared before the Court, waived indictment and entered a guilty plea to a one-count Information in Criminal Number 3:07CR00054(CFD), which charges Receiving Stolen United States Treasury Checks, in violation of 18 U.S.C. § 510(b).

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Dara Morrison to appear before this court at Hartford, Connecticut on June 4, 2007 at 10:00 a.m. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 25th day of May, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Sworn to By

Sandra L. Hunt
Sr. United States Probation Officer

Place: Hartford, CT
Date: 5/25/17

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 25th day of May at Hartford, Connecticut, Sr. U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge